UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5826 CAS (AGRx) | Date | February 10, 2010 |
|---|---|---|---|
| Title | MICHAEL DIZON, ET AL. v. CALIFORNIA EMPIRE BANCORP, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| PAUL D. PIERSON | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      **(In Chambers)**      **ORDER DISMISSING ACTION IN ITS ENTIRETY AS TO COUNTRYWIDE HOME LOANS, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION AS TO REMAINING DEFENDANT CALIFORNIA EMPIRE BANCORP, INC.**

On April 21, 2009, plaintiffs Michael Dizon and Pamela Dizon filed the instant action against California Empire Bancorp, Inc. ("CEB"); Mortgage Electronic Registration Systems, Inc. ("MERS"); and Countrywide Home Loans, Inc. ("Countrywide"); and Does 1 through XX in Los Angeles County Superior Court for claims arising from the foreclosure of their principal residence, located at 3023 Merrygrove Street, West Covina, California.  Compl. ¶ 1.  Plaintiffs allege claims for (1) violation of Cal. Civ. Code § 2923.6; (2) violation of the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200; (3) breach of the covenant of good faith and fair dealing; (4) injunctive relief; (5) violation of Cal. Civ. Code § 1572; (6) fraud; (7) declaratory relief; (8) intentional misrepresentation; and (9) to set aside foreclosure. On August 10, 2009, defendant MERS removed this case to this Court on the basis of federal question jurisdiction, pursuant to 28 U.S.C. § 1331.

On November 9, 2009, the Court granted Countrywide's and MERS's motion to dismiss plaintiffs' complaint in its entirety, with leave to amend within thirty (30) days. Because plaintiffs have failed to timely amend their complaint, the Court dismisses this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5826 CAS (AGRx) | Date | February 10, 2010 |
|---|---|---|---|
| Title | MICHAEL DIZON, ET AL. v. CALIFORNIA EMPIRE BANCORP, INC.; ET AL. | | |

action, as against Countrywide and MERS, with prejudice.

In addition, **IT IS HEREBY ORDERED** that **PLAINTIFFS** show cause in writing not later than February 25, 2010 why this action should not be dismissed for lack of prosecution **as to defendant California Empire Bancorp, Inc.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)      A proof of service of summons and complaint on **defendant California Empire Bancorp, Inc.**

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

|  | : | n/a |
|---|---|---|
| Initials of Preparer | PDP | |